**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Joel A. Stolarski and Ellen C. Stolarski v. Ronald Belden, Individually and on Behalf of RBLB II, Inc. D/B/A Belden Automotive and Tire and Texas RLB Investments, L.P.

Appellate case number:  01-14-00266-CV

Trial court case number:  2011-CI-10586

Trial court:  73rd District Court of Bexar County

On July 21, 2014, the parties filed a Joint Motion to Abate Appellate Deadlines Pending Execution of Settlement Documents and Motion to Dismiss Appeal. We decline to abate the appeal in its entirety, however all currently pending appellate deadlines, including the due date for the reporter's record, are suspended until August 15, 2014. If no joint or agreed motion to dismiss is filed by that date, we will issue an order on August 18, 2014 establishing new deadlines. *See* TEX. R. APP. P. 2. It is so ORDERED.

Judge's signature: /s/ Harvey Brown
              X  Acting individually     ☐  Acting for the Court

Date:  July 24, 2014